# mycase.IN.gov

H. DeKoninck | Sign Out

# Case Summary

« Back | New Search | Refine Search

### Ken R. McCallister v. United Parcel Service Inc.

| | |
|---|---|
| Case Number | 49D04-1812-PL-047987 |
| Court | Marion Superior Court, Civil Division 4 |
| Type | PL - Civil Plenary |
| Filed | 12/03/2018 |
| Status | 12/03/2018 , Pending (active) |

## Parties to the Case

Show all party details

- Defendant  United Parcel Service Inc.
- Plaintiff  McCallister, Ken R.

## Chronological Case Summary

**12/03/2018  Case Opened as a New Filing**

**12/05/2018  Appearance Filed**
Appearance

| | |
|---|---|
| For Party: | McCallister, Ken R. |
| File Stamp: | 12/03/2018 |

**12/05/2018  Complaint/Equivalent Pleading Filed**
Complaint and Demand for Jury Trial

| | |
|---|---|
| Filed By: | McCallister, Ken R. |
| File Stamp: | 12/03/2018 |

**12/05/2018  Subpoena/Summons Filed**
Summons to United Parcel Service

| | |
|---|---|
| Filed By: | McCallister, Ken R. |
| File Stamp: | 12/03/2018 |

**12/05/2018  Affidavit Filed**
Affidavit of Service on United Parcel Service Inc.

| | |
|---|---|
| Filed By: | McCallister, Ken R. |
| File Date: | 12/05/2018 |

## Financial Information

Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### McCallister, Ken R.

Plaintiff

**Balance Due** (as of 12/26/2018)

**0.00**

#### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

#### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 12/05/2018 | Transaction Assessment | 157.00 |
| 12/05/2018 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

« Back | New Search | Refine Search

 Subscribe to content by RSS or Email

 Follow us on Twitter

 Indiana Courts YouTube Channel

 Get our shared photos on Flickr

## Terms of Use

Odyssey Public Access (the "MyCase" website) is a platform for online services provided by the Office of Judicial Administration (the "Office").

Electronic access to court information is restricted by federal and state law in addition to court rules and orders. Information on this site is made available as a public service pursuant to order of the Indiana Supreme Court.

Information displayed on this site is not to be considered or used as an official court record and may contain errors or omissions. Accuracy of the information is not warranted. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Read the complete terms of use »

STATE OF INDIANA           ) IN THE SUPERIOR/CIRCUIT COURT
                           ) SS:
COUNTY OF MARION           )    CAUSE NO.

Ken R. McCallister,                )
                                   )
       Plaintiff,              )
                                   )
vs.                                )
                                   )
UNITED PARCEL SERVICE INC., a/k/a  )
UNITED PARCEL SERVICE COMPANY,     )
a/k/a UPS                          )
                                   )
       Defendant.

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:

Initiating __X__ Responding____ Intervening____; and
the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

Name of party: Ken R. McCallister
Address of party *(see Question # 5 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

Telephone # of party  317-273-8435
*(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

Name: James D. Masur II                          Atty Number: 19681-49

Address: Robert York & Associates, PC
7212 North Shadeland Avenue, Suite 150 Indianapolis, IN 46250
Phone: 317-842-8000
FAX: 317-577-7321
Email Address: jdmasur@york-law.com
**IMPORTANT**: Each attorney specified on this appearance:

(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).
Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a _PL_ case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes____ No _X_ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no - contact order. Yes____ No _X_ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

____X____ Attorney's address

_____ The Attorney General Confidentiality program address
(contact the Attorney General at 1-800-321-1907 or e-mail address is confidential@atg.in.gov).

_____ Another address (provide)

This case involves a petition for involuntary commitment. Yes ____ No _X_

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

b. State of Residence of person subject to petition: _____
c. At least one of the following pieces of identifying information:

(i) Date of Birth_____
(ii) Driver's License Number_____
State where issued_____ Expiration date_____

(iii) State ID number_____

State where issued_____Expiration date_____

(iv) FBI number_____

(v) Indiana Department of Corrections Number_____

(vi) Social Security Number is available and is being provided in an attached confidential document Yes____No____

7. There are related cases: Yes____No_X___ *(If yes, list on continuation page.)*

8. Additional information required by local rule:

9. There are other party members: Yes____No_X___ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

Yes__ No_X_

*[signature]*
Attorney-at-Law
(Attorney information shown above.)

| | |
|---|---|
| STATE OF INDIANA | ) IN THE SUPERIOR/CIRCUIT COURT |
| | ) SS: |
| COUNTY OF MARION | )   CAUSE NO. |

Ken R. McCallister,        )
                           )
        Plaintiff,         )
                           )
    vs.                    )
                           )
UNITED PARCEL SERVICE INC., a/k/a )
UNITED PARCEL SERVICE COMPANY, )
a/k/a UPS                  )
                           )
        Defendant.

## COMPLAINT AND DEMAND FOR JURY TRIAL

As and for his Complaint against the Defendant United Parcel Service, Inc., a/k/a United Parcel Service Company, a/k/a UPS ("UPS"), Plaintiff Ken McCallister ("Mr. McCallister") through counsel, states as follows:

1. At all relevant times, Mr. McCallister has been an individual residing in Indianapolis, Marion County, Indiana.

2. At all relevant times UPS has been doing business throughout the United States, with operations in Indiana including Indianapolis, Marion County, Indiana.

3. All actions complained of herein occurred in Indianapolis, Marion County, Indiana.

4. The instant action is premised on violations by UPS of its obligations under the Americans With Disabilities Act of 1990, as amended, codified at 42 U.S.C. § 12101 *et seq*.

5. On approximately May 11, 2016, due to a vertigo impairment that constituted a disability under the Americans with Disabilities Act ("ADA"), and Mr. McCallister's request for a reasonable accommodation in the nature of leave pending restorative treatment, Mr. McCallister, Teamsters Local Union 135 (Local 135), and Respondent United Parcel Service ("UPS") agreed that Plaintiff McCallister would be provided leave and short-term disability benefits for the ensuing 26 weeks as a reasonable accommodation.

6. Subsequently, Mr. McCallister applied for, and was granted, a reasonable accommodation in the nature of leave and long-term disability benefits through Aetna Insurance, which lasted between November 14, 2016 and March 1, 2017.

7. At various times, Mr. McCallister requested modification of the reasonable accommodation leave in the nature of a reassignment to a full-time position within his skill set, the essential functions of which Mr. McCallister was able to perform, with or without a reasonable accommodation, including in January 2017, which request was renewed thereafter from time to time.

8. In response to the modification request, UPS denied it outright on January 23, 2017. On or about March 1, 2017, however, UPS assigned Plaintiff McCallister to a part-time job, which entailed a reduction of pay, as his former pay rate was $35.80 per hour, and the part-time rate was $33.43 per hour. The part-time hours were 4 hours a day, and the full-time position in which he was seeking to be employed as a modification to the reasonable accommodation leave would average 48 hours per week.

9. On approximately August 3, 2017 Mr. McCallister's physician released him from all restrictions, due to treatments alleviating the vertigo symptoms.

10. Thereafter, Mr. McCallister's DOT and CDL license and certification were both reinstated on August 4, 2017.

11. Mr. McCallister updated his information to UPS, advising of his desire for post-leave reassignment/reinstatement, including but not limited to any full-time position available, including any feeder driver position, in line with his seniority at UPS.

12. UPS and Local 135 are parties to a collective bargaining agreement ("CBA"), that gives priority for assignments to those having higher seniority and permits those with higher seniority to "bump" those with lower seniority. However, between August 4, 2017, and the conclusion of an August 19, 2017 grievance meeting, UPS affirmatively stated that UPS would refuse to permit Mr. McCallister to avail himself of the priorities afforded to him by his seniority under the CBA, and would continue to refuse to employ him in any full-time job, unless he forfeited all seniority to which he was entitled under the CBA.

13. UPS regarded Mr. McCallister as disabled and unable to perform the essential functions of his job. UPS repeatedly denied outright Mr. McCallister's multiple requests for (modification of the reasonable) accommodation, and did not engage in the interactive process required of UPS under the ADA.

14. All similarly-situated employees who have not taken leave as a reasonable accommodation under the ADA have not been required to forfeit seniority (unless inactive for a period of 3 years), and have been afforded all rights to seniority—including bumping less senior employees under the CBA. Ultimately, on November 20, 2017, UPS reinstated Mr. McCallister to the full-time employment to which he was entitled under the CBA, thereby admitting the prior conduct by UPS was unlawful under the ADA.

3

16. Mr. McCallister has suffered lost pay, lost benefits, including, but not limited to pension credits, lost seniority, emotional distress, and incurred attorney's fees in order to protect his rights under the Americans with Disabilities Act.

Mr. McCallister hereby demands all legal or equitable relief to which he is entitled from UPS under the ADA, due to UPS: (1) discriminating against Mr. McCallister in comparison to Mr. McCallister's similarly-situated coworkers, on the basis of his impairment that constitutes a disability under ADA, namely, vertigo, (2) discriminating against Mr. McCallister, due to UPS regarding Mr. McCallister as disabled, (3) unlawfully depriving Mr. McCallister of his seniority rights in comparison to similarly-situated coworkers, *inter alia*, due to Mr. McCallister availing himself of his rights under the ADA and/or due to UPS regarding him as having an impairment, and therefore refusing to permit Mr. McCallister to assert his seniority rights under the CBA, and/or (3) unlawfully retaliating against Mr. McCallister for availing himself of a reasonable accommodation in the nature of short-term leave and/or long-term leave to address the vertigo issue.

Respectfully submitted,

ROBERT W. YORK & ASSOCIATES

_____

James D. Masur II, #19681-49
Attorneys for Ken R. McCallister
ROBERT W. YORK & ASSOCIATES
7212 North Shadeland Avenue, Suite 150
Indianapolis, IN 46250
(317) 842-8000
jdmasur@york-law.com

4

## DEMAND FOR JURY TRIAL

Plaintiff respectfully demands trial by jury of all issues so triable in the above-captioned cause.

Respectfully submitted,

ROBERT W. YORK & ASSOCIATES

*/s/ James D. Masur II*
James D. Masur II, 19681-49#
Attorneys for Mr. McCallister
ROBERT W. YORK & ASSOCIATES
7212 North Shadeland Avenue, Suite 150
Indianapolis, IN 46250
(317) 842-8000

5

49D04-1812-PL-047987                                                         Filed: 12/3/2018 2:10 PM
                                                                                              Clerk
Marion Superior Court, Civil Division 4                                         Marion County, Indiana

| | |
|---|---|
| STATE OF INDIANA | ) IN THE SUPERIOR/CIRCUIT COURT |
| | ) SS: |
| COUNTY OF MARION | ) CAUSE NO. |

| | |
|---|---|
| Ken R. McCallister, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED PARCEL SERVICE INC., a/k/a | ) |
| UNITED PARCEL SERVICE COMPANY, | ) |
| a/k/a UPS | ) |
| | ) |
| Defendant. | |

## SUMMONS

TO:   **United Parcel Service**
      **c/o Corporation Service Company**
      **135 North Pennsylvania Street**
      **Suite 1610**
      **Indianapolis, IN 46204**

You are hereby notified that you have been sued by the person named as Plaintiffs and in the Court indicated above, which is located at Room T-1721, City-County Building, 200 E. Washington Street, Indianapolis, IN 46204, Telephone Number: (317) 327-5063.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

12/5/2018
Dated _____          _____
                                      Myla A. Eldridge Clerk, Marion County, Indiana

[SEAL: MARION COUNTY COURTS INDIANA]

James D. Masur II, #19681-49
ROBERT W. YORK & ASSOCIATES
7212 North Shadeland Avenue, Suite 150
Indianapolis, Indiana 46250
Tel: (317) 842-8000, Fax: (317) 577-7321
Email: jdmasur@york-law.com

The following manner of service of Summons is hereby designated: **Certified Mail/RRR**

| | |
|---|---|
| STATE OF INDIANA | ) IN THE MARION SUPERIOR COURT |
| | ) SS: |
| COUNTY OF MARION | ) CAUSE NO. 49D04-1812-PL-047987 |

Ken R. McCallister,  )
        Plaintiff,  )
   vs.  )
UNITED PARCEL SERVICE INC., a/k/a  )
UNITED PARCEL SERVICE COMPANY,  )
a/k/a UPS  )
        Defendant.  )

## AFFIDAVIT OF SERVICE ON UNITED PARCEL SERVICE INC.

Comes now, James D. Masur II, attorney for Plaintiff, and pursuant to Trial Rule 86 (G)(2)(a), states to the Court that on December 5, 2018, via the United States Postal Service Inc., he mailed by Certified Mail, Return Receipt Requested, all fees prepaid, with the tracking number of 9314769904300053617115, a true and complete copy of the Complaint and Demand for Jury Trial in this cause and the Summons issued by the Clerk to:

United Parcel Service
c/o Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

WHEREFORE, James D. Masur II hereby submits the foregoing Affidavit of Service upon United Parcel Service Inc. with respect to the service of the Summons and Complaint and Demand for Jury Trial via Certified Mail Return Receipt Requested.

I affirm, under the penalties for perjury, that the above representations are true.

Respectfully submitted,

ROBERT W. YORK & ASSOCIATES

*[signature]*

James D. Masur II, #19681-49
Attorneys for Plaintiff
ROBERT W. YORK & ASSOCIATES
7212 North Shadeland Avenue, Suite 150
Indianapolis, IN 46250
(317) 842-8000